# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Desmond Antwan Jones            Docket No. 4:05-CR-71-1FL

## Petition for Action on Supervised Release

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Desmond Antwan Jones, who, upon an earlier plea of guilty to Possession of a Firearm by Felon and Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. §§ 922(g)(1) and 924, and 18 U.S.C. §§ 922(k) and 924, respectively, was sentenced by the Honorable Louise W. Flanagan, Chief U.S. District Judge, on February 24, 2006, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Desmond Antwan Jones was released from custody on May 13, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A urine specimen obtained from the offender on June 21, 2010, field tested positive for cocaine and same was confirmed by the national lab. Jones was confronted with the results of this specimen and denied he knowingly used the substance; however, admitted he had attended a party on June 19, 2010, where the substance could have been secreted into his drink. The offender accepts responsibility for having cocaine in his system and is amenable to the following punitive and correctional sanctions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Desmond Antwan Jones**
**Docket No. 4:05-CR-71-1**
**Petition For Action**
**Page 2**

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a term of two days as arranged by the probation officer and shall abide by all rules and regulations of the designated facility.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

    Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

  /s/ Dennis E. Albertson
Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 108
New Bern, NC 28560-4930
Phone: (252) 638-4944
Executed On: June 29, 2010

### ORDER OF COURT

Considered and ordered this __6th__ day of _____July_____, 2010, and ordered filed and made a part of the records in the above case.

_____/s/ Louise W. Flanagan_____
Louise W. Flanagan
Chief U.S. District Judge